IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALBERT CARTER, JR., #107266, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO.  2:11-cv-932-TMH |
| ) | [WO] |
| CHERYL PRICE, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **O R D E R**

This cause is before the Court on the petitioner's objection to order on motion for recusal (Doc. #26) filed on June 7, 2013.  Specifically, petitioner objects to the Magistrate Judge's order of May 24, 2013 (Doc. #25) denying his motion for recusal.  After an independent review of the petitioner's motion, the Magistrate Judge's order, and the petitioner's objection, the Court finds that the Magistrate Judge's order is neither clearly erroneous, nor contrary to law.  *See* Fed. R. Civ. P. 72(a).  Therefore, it is hereby

ORDERED that petitioner's objection (Doc. #26) is OVERRULED.  It is further ORDERED that this case is REFERRED back to the Magistrate Judge for appropriate action.

Done this 16th day of October, 2013.

 /s/ Truman M. Hobbs
 TRUMAN M. HOBBS
 SENIOR UNITED STATES DISTRICT JUDGE