IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALBERT CARTER, JR., #107266, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:11-cv-0932-TMH |
| ) | WO |
| CHERYL PRICE, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #43) to the Recommendation of the Magistrate Judge filed on March 7, 2014 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #40) filed on February 19, 2014 is adopted;

3. The petition for habeas corpus relief is DENIED and this case is DISMISSED pursuant to 28 U.S.C. § 2244(d).

DONE this the 14th day of March, 2014.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE